UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22CR0430 CDP ) ) |
| CASEY HANSON, | ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Eric M. Selig enters his appearance as appointed counsel of record for the Defendant Casey Hanson replacing all counsel who have previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Eric M. Selig
ERIC M. SELIG   40673 MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Eric_Selig@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on 9/21/2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Eric M. Selig
ERIC M. SELIG   40673 MO